UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: NEW HAPPY FOOD COMPANY ET AL,

                Debtors,

---

PROSPERUM CAPITAL PARTNERS LLC DBA ARSENAL FUNDING,

                Plaintiff,

-v-

NHC FOOD COMPANY INC DBA NHC FOOD COMPANY, NEW HAPPY FOOD COMPANY, *and* YOU NAY HOR KHAO,

                Defendants.

21 Civ. 7974 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received defendants' motion to transfer venue to the District Court for the Northern District of Georgia. Dkt. 4. Plaintiff's opposition, if any, shall be due October 8, 2021. Defendants' reply shall be due October 15, 2021.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                                Paul A. Engelmayer
                                                United States District Judge

Dated: September 30, 2021
       New York, New York