UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROSPERUM CAPITAL PARTNERS LLC DBA
ARSENAL FUNDING,

                            Plaintiff,

-v-

NHC FOOD COMPANY INC DBA NHC FOOD
COMPANY, NEW HAPPY FOOD COMPANY, and YOU
NAY HOR KHAO,

                            Defendants.

21 Civ. 7974 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On December 14, 2021, the Court issued an order requiring defendants to file proof of service by December 15, 2021. Dkt. 17. To date, the Court has not received such proof of service or an explanation as to the delay. The Court cannot rule on the pending motion to transfer until it has received proof of service.

      By December 22, 2021, defendants must file proof of service constituting signed acknowledgement of the receipt of (1) defendants' removal and (2) defendants' motion to transfer, in accordance with NY CPLR § 312-A(b) (2020).

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: December 21, 2021
       New York, New York